# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 19, 2019

159254 & (48)(49)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant/
　　　　Cross-Appellee,

v

WILLIAM SIM SPENCER,
　　　　Defendant-Appellee/
　　　　Cross-Appellant.

SC: 159254
COA: 343468
Benzie CC: 17-002485-FH

_____/

　　　　On order of the Court, the motion for immediate consideration is DENIED. The application for leave to appeal the January 22, 2019 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



　　　　I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 19, 2019



Clerk

t0612